UNITED STATES BANKRUPTCY COURT
SOUTHREN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:
EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____________________________________/

NICOLE TESTA MEHDIPOUR, Trustee in Bankruptcy for Excell Auto Group, Inc.

Plaintiff.

vs.

VAIL RESORTS INC., *et al.*

Adv. Proc. No.: 24-01211-EPK

Defendants.
_____________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Nicole Testa Mehdipour ("**Trustee**"), Chapter 7 trustee in the above captioned bankruptcy case ("**Bankruptcy Case**"), by and through undersigned counsel, and Vail Resorts, Inc. and The Vail Corporation d/b/a Vail Resorts Management Company (the "**Defendants**"), file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rules 7001 and 7041 of the Federal Rules of Bankruptcy Procedure, and state:

1. This adversary proceeding has been settled, with the Court entering the *Order Granting Motion to Compromise Controversy with Vail Resorts* **[ECF No. 866]** in the main bankruptcy case.

2. The parties hereby jointly stipulate to the dismissal of the above captioned adversary proceeding, with prejudice.

# CERTIFICATION

All parties certify that they are in agreement with the relief stated above.

| | |
|---|---|
| */s/Jonathan T. Crane*<br>Jonathan T. Crane, Esq.<br>Fla. Bar No. 1039351<br>Furr and Cohen, P.A.<br>2255 Glades Rd #419A<br>Boca Raton, Florida 33431<br>Tel: (561)395-0500<br>Fax: (561) 338-7532<br>E-mail: jcrane@furrcohen.com<br><br>*Attorneys for the Trustee* | */s/ Hanna J. Redd*<br>Hanna J. Redd, Esq., *Pro Hac*<br>Massachusetts BBO# 705222<br>Steven J. Brotman, Esq.<br>Florida Bar No. 85750<br>LOCKE LORD LLP<br>777 South Flagler Drive Suite 215<br>East Tower<br>West Palm Beach, FL 33401<br>Telephone: (561) 833-7700<br>Facsimile: (561) 655-8719<br>hanna.redd@lockelord.com<br>steven.brotman@lockelord.com<br><br>*Attorneys for Defendants Vail Resorts Inc. and the Vail Corporation d/b/a Vail Resorts Management Company* |