**From:** Matthew Cohen
**To:** Scott Zankl
**Subject:** FW: Hi Scott-Noble Funding Items Needed
**Date:** Tuesday, September 1, 2020 2:59:37 PM
**Attachments:** image001.jpg
image011.png
image012.png
image013.png
image014.jpg
image015.jpg
image016.jpg
image002.png
image003.png
image004.png
Noble Funding No Collateral Application.pdf

---

Please see below and attached. You can sign as your wife if she's not around. Thanks Scott.

From: Matthew Cohen
Sent: Tuesday, September 1, 2020 10:24 AM
To: Scott Zankl <scott@excellauto.com>
Subject: RE: Hi Scott-Noble Funding Items Needed

Hi Scott,

I got a few emails from you yesterday. Just missing our application (attached) and the items below. Underwriting requires the form be typed, so please type right into the form on the computer, then print out for your wife to sign/date in ink. Just ignore credit card section. Thanks Scott.

-2019 year-end P&L and balance sheet

-2020 year to date P&L and balance sheet

-August month-end bank statement from Chase

Matthew Cohen

President

(800) 916-3196 X-100 Office

EXHIBIT
A

(561) 789-5477 Cell

(561) 634-7434 Fax

A+ Rating with the Better Business Bureau

"Read real life reviews! Click below to see what all our happy clients are saying about Noble Funding"

<https://www.trustpilot.com/review/noblebusinessloans.com?utm_medium=Trustbox&utm_source=EmailSignature3>
<https://www.trustpilot.com/review/noblebusinessloans.com?utm_medium=Trustbox&utm_source=EmailSignature3>

The information contained in this message is legally privileged and confidential information intended only for the use of the individual or entity named above. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by e-mail or telephone. Thank you

From: Matthew Cohen
Sent: Tuesday, September 1, 2020 10:24 AM
To: Scott Zankl <scott@excellauto.com>
Subject: RE: Hi Scott-Noble Funding Items Needed

Hi Scott,

I got a few emails from you yesterday. Just missing our application (attached) and the items below. Underwriting requires the form be typed, so please type right into the form on the computer, then print out for your wife to sign/date in ink. Just ignore credit card section. Thanks Scott.

-2019 year-end P&L and balance sheet

-2020 year to date P&L and balance sheet

-August month-end bank statement from Chase

Matthew Cohen

President

(800) 916-3196 X-100 Office

(561) 789-5477 Cell

(561) 634-7434 Fax

A+ Rating with the Better Business Bureau

"Read real life reviews! Click below to see what all our happy clients are saying about Noble Funding"

<https://www.trustpilot.com/review/noblebusinessloans.com?utm_medium=Trustbox&utm_source=EmailSignature3>
<https://www.trustpilot.com/review/noblebusinessloans.com?utm_medium=Trustbox&utm_source=EmailSignature3>

The information contained in this message is legally privileged and confidential information intended only for the use of the individual or entity named above. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by e-mail or telephone. Thank you

From: Scott Zankl <scott@excellauto.com <mailto:scott@excellauto.com> >
Sent: Monday, August 31, 2020 3:27 PM
To: Matthew Cohen <mcohen@noblebusinessloans.com <mailto:mcohen@noblebusinessloans.com> >
Subject: RE: Hi Scott-Noble Funding Items Needed

From: Matthew Cohen <mcohen@noblebusinessloans.com <mailto:mcohen@noblebusinessloans.com> >
Sent: Monday, August 31, 2020 2:40 PM
To: Scott Zankl <scott@excellauto.com <mailto:scott@excellauto.com> >
Subject: RE: Hi Scott-Noble Funding Items Needed

From: Matthew Cohen
Sent: Friday, August 28, 2020 4:26 PM
To: scott@excellauto.com <mailto:scott@excellauto.com>
Subject: Hi Scott-Noble Funding Items Needed...

Hi Scott,

Good news. I spoke with the lender in New York, and they said your industry type is not a deal killer. Please see attached our application. Underwriting requires the form be typed, so please type right into the form on the computer, then print out to sign/date in ink. Just ignore credit card section. I need 51%+ ownership, so if that's more than just you, please send application for them as well. Send back along with the items below and I will get everything applied. Thanks Scott.

-Most recently filed corporate tax return (2019 or 2018)

-2019 year-end P&L and balance sheet

-2020 YTD P&L and balance sheet (most recent)

-Last 6 months business bank statements (all pages February-July, or March-August after Monday)

-Personal financial statement for you and your wife

Matthew Cohen

President

(800) 916-3196 X-100 Office

(561) 789-5477 Cell

(561) 634-7434 Fax

A+ Rating with the Better Business Bureau

"Read real life reviews! Click below to see what all our happy clients are saying about Noble Funding"

<https://www.trustpilot.com/review/noblebusinessloans.com?utm_medium=Trustbox&utm_source=EmailSignature3>
<https://www.trustpilot.com/review/noblebusinessloans.com?utm_medium=Trustbox&utm_source=EmailSignature3>

The information contained in this message is legally privileged and confidential information intended only for the use of the individual or entity named above. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by e-mail or telephone. Thank you

From: Scott Zankl <scott@excellauto.com <mailto:scott@excellauto.com> >
Sent: Monday, August 31, 2020 2:37 PM
To: Matthew Cohen <mcohen@noblebusinessloans.com <mailto:mcohen@noblebusinessloans.com> >
Subject:

SCOTT ZANKL

EXCELL AUTO GROUP, INC.

1001 Clint Moore Rd. Ste 101 Boca Raton, FL 33487

O 561.998.5557

C 561.756.1933

F 561.998.4703

scott@excellauto.com <mailto:scott@excellauto.com>

EXCELLAUTO.COM <https://www.excellauto.com/>

<https://www.instagram.com/excell_auto/?hl=en> <https://www.youtube.com/user/ExcellAutoTV>