**From:** Scott Zankl
**To:** Matthew Cohen
**Date:** Tuesday, September 1, 2020 3:22:52 PM
**Attachments:** IMG_1151.jpg
Untitled attachment 100780.txt

---

EXHIBIT

B

**Noble FUNDING**

Matthew Cohen, President
Ph: (800) 916-3196 Fx: (561) 634-7434
mcohen@noblebusinessloans.com

Business Loan/Business Cash Advance Form

| | | | |
|---|---|---|---|
| Business Legal Name: excell auto group | | Business DBA Name: | |
| Type of Business Entity (Check One): [✓] Corporation [ ] Limited Liability Company [ ] Partnership [ ] Limited Partnership [ ] Limited Liability Partnership [ ] Sole Proprietor | | | |
| Does the Merchant have any other businesses with open contracts for working capital? (Check One) [ ] Yes [✓] No | | State of Incorporation: florida | Use of Proceeds: working capital |
| Physical Street Address: 1001 clintmoore rd | City: boca raton | State: florida | Zip Code: 33487 |
| Billing Street Address: (if different than above) | City: | State: | Zip Code: |
| Physical Location Phone #: 5619985557 | Billing Location Phone #: | Cell Phone #: 5617561933 | |
| Industry Type: (SIC Code or Description) | Rented Mortgaged Amount: 23000 | Tax ID Number: 800344450 | |
| Gross Annual Sales (Previous year's Tax return): 68000000 | Business start date under current ownership: 2000 | Average Monthly Credit Card Volume: 50000 | |

| List the total VISA/MasterCard processing volumes for previous four months: | Last Month: | Two Months Ago: | Three Months Ago: | Four Months Ago: |
|---|---|---|---|---|
| | $ # Tickets: | $ # Tickets: | $ # Tickets: | $ # Tickets: |

| Owner/Officer | | Primary Contact | Job Title: | |
|---|---|---|---|---|
| Last Name: zankl | First Name: kristen | SS#: [redacted] | Date of Birth: [redacted] | Home Phone: 5617561933 |
| Street Address: 16937 pierre circle | | City: delray beach | State: florida | Zip Code: 33446 |

**Authorizations**

The Merchant and Owner(s)/Officer(s) identified above (individually, an "Applicant") each represents, acknowledges and agrees that (1) all information and documents provided to Noble Financial Corporation ("NFC") including credit card processor statements are true, accurate and complete, (2) Applicant will immediately notify NFC of any changes in such information or financial condition, (2) Applicant authorizes NFC to disclose all information and documents that NFC may obtain including credit reports to other persons or entities (collectively, "Assignees") that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation the application therefor (collectively, "Transactions") and each Assignee is authorized to use such information and documents, and share such information and documents with other Assignees, in connection with potential Transactions, (4) each Assignee will rely upon the accuracy and completeness of such information and documents, (5) NFC, Assignees, and each of their representatives, successors, assigns and designees (collectively, "Recipients") are authorized to request and receive an investigative reports, credit reports, statements from creditors or financial institutions, verification of information, or any other information that a Recipient deems necessary, (6) Applicant waives and releases claims against Recipients and any information providers arising from any act or omission relating to the requesting, receiving or release of information, and (7) each Owner/Officer represents that he or she is authorized to sign this form on behalf of Merchant.

Owner / Officer's Name: (Print) Kristen Zankl
Owner / Officer's Signature: Kristen [signature] Date: August 31 2020

Any Judgments/Liens? [ ] Yes [X] No