**From:** Matthew Cohen
**To:** Scott Zankl
**Subject:** Hi Scott-Prelim Offers...
**Date:** Tuesday, September 29, 2020 12:44:01 PM
**Attachments:** image001.jpg
image008.png
image009.png
image010.png

---

Hi Scott,

I have the 3 offers below. They are preliminary, but should be accurate. If I go to $1 million, or a longer term, the rates go higher. Each of these are 20% cash on cash or slightly below. If you needed more in the next month or two, I can probably get you another $500K over 7-8 months at similar rates. Let me know which one you select and I can get the offers finalized. I would recommend the 8 month option to keep the payments more manageable. Thanks Scott.

6 Month Term

Amount: $500,000

Weekly payment: $24,375

Total re-payment: $585,000

7 Month Term

Amount: $500,000

Weekly payment: $20,323.15

Total re-payment: $597,500

8 Month Term

Amount: $500,000

Weekly payment: $18,750

Total re-payment: $600,000

EXHIBIT
C

Matthew Cohen

President

(800) 916-3196 X-100 Office

(561) 789-5477 Cell

(561) 634-7434 Fax

A+ Rating with the Better Business Bureau

"Read real life reviews! Click below to see what all our happy clients are saying about Noble Funding"

<https://www.trustpilot.com/review/noblebusinessloans.com?utm_medium=Trustbox&utm_source=EmailSignature3>
<https://www.trustpilot.com/review/noblebusinessloans.com?utm_medium=Trustbox&utm_source=EmailSignature3>

The information contained in this message is legally privileged and confidential information intended only for the use of the individual or entity named above. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by e-mail or telephone. Thank you