## Excell Auto Group, Inc.

**Case No.: 22-12790-EPK**
**Detail Transfer Schedule - Libertas Funding**

| Bank ID | Entity | Date | Analysis Period (BR) | Check # | Payee/Payor | Credit (Receipts) | Debit (Disbursements) |
|---|---|---|---|---|---|---|---|
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/08/20 | 4 Year | | LIBERTAS FUNDING | $ 490,000.00 | $ - |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/09/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/13/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/14/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/15/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/16/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/19/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/20/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/21/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/22/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/23/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/26/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/27/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/28/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/29/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 10/30/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/02/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/03/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/04/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/05/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/06/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/09/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/10/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/12/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/13/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/16/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/17/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/18/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/20/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/23/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/23/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/24/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/25/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/27/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 11/30/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/01/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/02/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/03/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/04/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/07/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/08/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/09/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/10/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/11/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/14/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/15/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/16/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/17/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/18/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/21/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/22/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/23/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/24/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/28/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/29/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/30/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 12/31/20 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/04/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/05/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/07/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/07/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/08/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/11/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/12/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/13/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/14/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/15/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/20/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |

EXHIBIT
E

## Excell Auto Group, Inc.

**Case No.: 22-12790-EPK**
**Detail Transfer Schedule - Libertas Funding**

| Bank ID | Entity | Date | Analysis Period (BR) | Check # | Payee/Payor | Credit (Receipts) | Debit (Disbursements) |
|---|---|---|---|---|---|---|---|
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/21/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/25/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/25/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/25/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/26/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/27/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/28/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/29/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/01/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/02/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/03/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/04/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/05/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/08/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/09/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/10/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/11/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/12/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/16/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/17/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/18/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/19/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/22/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/23/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/24/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/25/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/26/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/01/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/02/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/03/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/04/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/05/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/08/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/09/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/10/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/11/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/12/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/15/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/16/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/17/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/18/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/19/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/22/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/23/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/24/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/25/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/26/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/29/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/30/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 03/31/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/01/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/02/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/05/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/06/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/07/21 | 4 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| | | | | | **Subtotal - 4 Year** | **490,000.00** | **435,714.46** |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/08/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/09/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/12/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/13/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/14/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/15/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/16/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/19/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/20/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/21/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/22/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/23/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |

## Excell Auto Group, Inc.

**Case No.: 22-12790-EPK**
**Detail Transfer Schedule - Libertas Funding**

| Bank ID | Entity | Date | Analysis Period (BR) | Check # | Payee/Payor | Credit (Receipts) | Debit (Disbursements) |
|---|---|---|---|---|---|---|---|
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/26/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/27/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/28/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/29/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 04/30/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/03/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/04/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/05/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/06/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/07/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/10/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/11/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/12/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/13/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/14/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/17/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/18/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/19/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/20/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/24/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/24/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/25/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/26/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/27/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 05/28/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/01/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/02/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/03/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/04/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/07/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/08/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/09/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/10/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.43 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 06/11/21 | 1 Year | | LIBERTAS FUNDING | - | 3,571.19 |
| | | | | | **Subtotal - 1 Year** | **-** | **164,285.54** |
| | | | | | **Grand Total** | **$ 490,000.00** | **$ 600,000.00** |
| | | | | | **Net Receipts/(Disbursements)** | | **$ (110,000.00)** |

**DRAFT**
Privileged and Confidential
Attorney-Client Work Product