## Excell Auto Group, Inc.

**Case No.: 22-12790-EPK**
**Detail Transfer Schedule - TVT Capital/TVT Direct Funding LLC**

| Bank ID | Entity | Date | Analysis Period (BR) | Check # | Payee/Payor | Credit (Receipts) | Debit (Disbursements) |
|---|---|---|---|---|---|---|---|
| Chase 3199 | EXCELL AUTO GROUP, INC | 12/14/21 | 1 Year | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | $ 960,000.00 | $ - |
| Chase 3199 | EXCELL AUTO GROUP, INC | 12/21/21 | 1 Year | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 3199 | EXCELL AUTO GROUP, INC | 12/28/21 | 1 Year | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 3199 | EXCELL AUTO GROUP, INC | 12/28/21 | 1 Year | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 35.00 |
| Chase 3199 | EXCELL AUTO GROUP, INC | 12/31/21 | 1 Year | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 35.00 |
| Chase 3199 | EXCELL AUTO GROUP, INC | 01/04/22 | 1 Year | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 01/06/22 | 1 Year | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 50.00 |
| | | | | | **Subtotal - 1 Year** | **960,000.00** | **119,286.66** |
| Chase 3199 | EXCELL AUTO GROUP, INC | 01/12/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 6901 | EXCELL AUTO GROUP, INC | 01/20/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 3199 | EXCELL AUTO GROUP, INC | 01/24/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 35.00 |
| Chase 6901 | EXCELL AUTO GROUP, INC | 01/26/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 6901 | EXCELL AUTO GROUP, INC | 01/26/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 50.00 |
| Chase 3199 | EXCELL AUTO GROUP, INC | 02/01/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 6901 | EXCELL AUTO GROUP, INC | 02/02/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 6901 | EXCELL AUTO GROUP, INC | 02/07/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.00 |
| Chase 6901 | EXCELL AUTO GROUP, INC | 02/09/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 6901 | EXCELL AUTO GROUP, INC | 02/09/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.22 |
| Chase 3181 | EXCELL AUTO GROUP, INC | 02/11/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.00 |
| Chase 3199 | EXCELL AUTO GROUP, INC | 02/17/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.00 |
| Chase 3199 | EXCELL AUTO GROUP, INC | 02/18/22 | 90 Day | | TVT CAPITAL/ TVT DIRECT FUNDING LLC | - | 39,722.00 |
| | | | | | **Subtotal - 90 Day** | **-** | **437,028.54** |
| | | | | | **Grand Total** | **$ 960,000.00** | **$ 556,315.20** |
| | | | | | **Net Receipts/(Disbursements)** | **$ 403,684.80** | |

EXHIBIT
G

CHASE

December 01, 2021 through December 31, 2021
Account Number: 3199

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | Fedwire Credit Via: People's United Bank, N.A./221172186 B/O: Tvt Direct Funding LLC Greenwich, CT 06830 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Peoples Ban K Obi=Funding Imad: 1214B1B7GM1F001484 Trn: 0877660348Ff | 960,000.00 |

CHASE

December 01, 2021 through December 31, 2021
Account Number: 3199

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | Orig CO Name:Tvtdirectfunding Orig ID:1832236322 Desc Date: CO Entry Descr:Receive Sec:CCD Trace#:221172183542558 Eed:211221 Ind ID:640010009110986 Ind Name:Excell Auto Group Inc Trn: 3553542558Tc | 39,722.22 |

CHASE

December 01, 2021 through December 31, 2021
Account Number: 3199

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | Orig CO Name:Tvtdirectfunding Orig ID:1832236322 Desc Date: CO Entry Descr:Receive Sec:CCD Trace#:221172183259716 Eed:211228 Ind ID:640614810480944 Ind Name:Excell Auto Group Inc Trn: 3623259716Tc | 39,722.22 |
| 12/28 | Orig CO Name:Tvt Capital Orig ID:1800651227 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:061121023259718 Eed:211228 Ind ID:Oa1273327 Ind Name:Excell Auto Group Inc Trn: 3623259718Tc | 35.00 |

CHASE

December 01, 2021 through December 31, 2021
Account Number: 3199

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | Orig CO Name:Tvt Capital Orig ID:1800651227 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:061121027671994 Eed:211231 Ind ID:Oa1274501 Ind Name:Excell Auto Group Inc Trn: 3657671994Tc | 35.00 |

10034840303000000063

CHASE

January 01, 2022 through January 31, 2022
Account Number: 3199

100347903022000000063

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | Orig CO Name:Tvtdirectfunding Orig ID:1832236322 Desc Date: CO Entry Descr:Receive Sec:CCD Trace#:221172183748257 Eed:220104 Ind ID:641219607942374 Ind Name:Excell Auto Group Inc Trn: 0043748257Tc | 39,722.22 |

CHASE

January 01, 2022 through January 31, 2022
Account Number: 3181

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | Orig CO Name:Tvt Capital Orig ID:1800651227 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:061121026209890 Eed:220106 Ind ID:Oa1275998 Ind Name:Excell Auto Group Inc Trn: 0066209890Tc | 50.00 |

CHASE

January 01, 2022 through January 31, 2022
Account Number: 3199

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 01/12 | Orig CO Name:Tvtdirectfunding Orig ID:1832236322 Desc Date: CO Entry Descr:Receive Sec:CCD Trace#:221172183705821 Eed:220111 Ind ID:641824408350320 Ind Name:Excell Auto Group Inc Trn: 0113705821Tc | $39,722.22 |

10034700303000000063

CHASE

January 01, 2022 through January 31, 2022
Account Number: )6901

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/20 | 01/20 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref:/Time/14:37 Imad: 0120B1Qgc08C025312 Trn: 3361842020Es | 39,722.22 |

CHASE

January 01, 2022 through January 31, 2022
Account Number: 3199

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24 | Orig CO Name:Tvt Capital Orig ID:1800651227 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:061121023914617 Eed:220124 Ind ID:Oa1279849 Ind Name:Excell Auto Group Inc Trn: 0243914617Tc | 35.00 |

CHASE

January 01, 2022 through January 31, 2022
Account Number: 6901

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/26 | Orig CO Name:Tvt Capital Orig ID:1800651227 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:061121020948028 Eed:220126 Ind ID:Oa1280432 Ind Name:Excell Auto Group Inc Trn: 0260948028Tc | 50.00 |
| 01/26 | Orig CO Name:Tvt Capital Orig ID:1800651227 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:061121020085305 Eed:220126 Ind ID:Oa1280496 Ind Name:Excell Auto Group Inc Trn: 0260085305Tc | 39,722.22 |

CHASE

February 01, 2022 through February 28, 2022
Account Number: 3199

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Orig CO Name:Tvtdirectfunding Orig ID:1832236322 Desc Date: CO Entry Descr:Receive Sec:CCD Trace#:221172183173777 Eed:220201 Ind ID:643638808451422 Ind Name:Excell Auto Group Inc Trn: 0323173777Tc | $39,722.22 |

10005410302000000063

CHASE

February 01, 2022 through February 28, 2022
Account Number: 6901

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | Orig CO Name:Tvtdirectfunding Orig ID:1832236322 Desc Date: CO Entry Descr:Receive Sec:CCD Trace#:221172186942594 Eed:220202 Ind ID:643757873127696 Ind Name:Excell Auto Group Inc Trn: 0336942594Tc | 39,722.22 |

CHASE

February 01, 2022 through February 28, 2022
Account Number: 6901

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | 02/07 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref:/Time/14:53 Imad: 0207B1Qgc01C010875 Trn: 3476542038Es | 39,722.00 |

CHASE

February 01, 2022 through February 28, 2022
Account Number: 6901

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/09 | Orig CO Name:Tvt Capital Orig ID:1800651227 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:061121025196136 Eed:220209 Ind ID:Oa1284175 Ind Name:Excell Auto Group Inc Trn: 0405196136Tc | 39,722.22 |

10095020302000000063

CHASE

February 01, 2022 through February 28, 2022
Account Number: )6901

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/09 | Orig CO Name:Tvtdirectfunding Orig ID:1832236322 Desc Date: CO Entry Descr:Receive Sec:CCD Trace#:221172181813877 Eed:220208 Ind ID:644243608883570 Ind Name:Excell Auto Group Inc Trn: 0391813877Tc | 39,722.22 |

CHASE

February 01, 2022 through February 28, 2022
Account Number: 3181

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | 02/11 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref:/Time/12:52 Imad: 0211B1Qgc08C011664 Trn: 3299262042Es | 39,722.00 |

CHASE

February 01, 2022 through February 28, 2022
Account Number: 3199

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/17 | 02/17 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref:/Time/16:39 Imad: 0217B1Qgc05C012628 Trn: 3434992048Es | 39,722.00 |

10005410302000000063

CHASE

February 01, 2022 through February 28, 2022
Account Number: 3199

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | 02/18 Online Domestic Wire Transfer Via: Peoples Bank/221172186 A/C: Tvt Direct Funding LLC Greenwich FL 06830 US Ref:/Time/15:52 Imad: 0218B1Qgc05C010309 Trn: 3466632049Es | 39,722.00 |